**WHITE AND WILLIAMS LLP**
The Legal Center, One Riverfront Plaza
1037 Raymond Boulevard, Suite 230
Newark, New Jersey, 07102-5425
(201) 368-7200
*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLEE WILLIAMS<br><br>Plaintiff,<br><br>v.<br><br>JDM II SF NATIONAL, LLC and JDM PARTNERS, LLC,<br><br>Defendants. | Civil Action No.: 1:21-cv-01185<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the above action is hereby dismissed in its entirety <u>with prejudice</u> and without payment of costs or attorneys' fees by any party as against each other.

DATED: 12-13-22

BUCKLEY, MENDELSON, CRISCIONE & QUINN, P.C.
*Attorneys for Plaintiff, Kimberlee Williams*

BY: _____
JOHN CRISCIONE, ESQ.

WHITE AND WILLIAMS LLP
*Attorneys for Defendants, JDM II SF National, LLC and JDM Partners, LLC*

BY: /s/ Robert T. Pindulic
ROBERT T. PINDULIC, ESQ.

SO ORDERED:

BY: _____
Glenn T. Suddaby
U.S. District Judge

29507287v.1

Dated: December 13, 2022